■ DiPizio Construction Company, Inc., Respondent, v Erie Canal Harbor Development Corporation, Appellant. (Appeal No. 3.) [990 NYS2d 426]—Appeal from an amended order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered November 4, 2013. The amended order granted the motion of plaintiff-petitioner for partial summary judgment and denied the cross motion of defendant-respondent for partial summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Kolasz v Levitt*, 63 AD2d 777, 779 [1978]). Present—Scudder, P.J., Centra, Carni and Lindley, JJ.